IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PPI, INC.,

    Plaintiff,

v.   CASE NO.: 4:08cv248-SPM

DIRK KEMPTHORNE, in his official
capacity as Secretary of the Interior,
GEORGE SKIBINE, in his official
capacity as Acting Assistant Secretary–
Indian Affairs, and CHARLES CRIST,
in his official capacity as Governor
of Florida,

    Defendants.
_____/

## ORDER GRANTING MOTIONS TO DISMISS

This cause comes before the Court on the motions to dismiss (docs. 28 and 32) filed by the federal defendants and Governor Crist, and Plaintiff's responses in opposition (docs. 35 and 36). Through its suit, Plaintiff seeks to challenge provisions of a tribal-state compact that ostensibly allows the Seminole Tribe of Florida to conduct banked card games. Plaintiff seeks relief against the federal defendants for allowing the compact to take effect and Governor Crist for executing the compact and complying with its provisions. Plaintiff operates the Pompano Harness Racing Track and claims that it has been injured through the

loss of competitive standing, customer good will, and revenue, because its customers are being diverted to the Class III gaming offered by the Seminole Tribe.

The same issues discussed in the Order Denying Motion for Preliminary Injunction (doc. 26) are raised in Defendants' motions to dismiss. Defendants argue that this case must be dismissed because Plaintiff failed to join an indispensable party, the federal defendants' actions are not reviewable under the APA and IGRA, and Plaintiff has no federal right that is enforceable under § 1983 for declaratory and injunctive relief against unlawful tribal gaming. Having carefully considered the parties' arguments, the Court finds that Plaintiff has failed to join the Seminole Tribe and the State of Florida as indispensable parties and has failed to state a claim upon which relief can be granted under the APA, the IGRA, and § 1983. Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendants' motions to dismiss (docs. 28 and 32) are granted.

2. This case is dismissed for failure to join an indispensable party and failure to state a claim upon which relief may be granted.

DONE AND ORDERED this 10th day of September, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:08cv248-SPM